IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| ANTOR MEDIA CORPORATION, § | |
| § | |
| PLAINTIFF, § | |
| § | CIVIL ACTION NO. 5:07-CV-168 |
| V. § | |
| § | JURY DEMAND |
| AEBN, INC. ET AL., § | |
| § | |
| DEFENDANTS. § | |

## CORPORATE DISCLOSURE OF ANTOR MEDIA CORPORATION

Pursuant to Federal Rule of Civil Procedure 7.1, Antor Media Corporation ("Antor") represents that:

1. Antor's corporate parent is Antor Corporation.

2. No publicly held company owns ten percent or more of Antor.

Respectfully submitted this 2nd day of January, 2008.

 */s/ Robert M. Chiaviello, Jr.*
Robert M. Chiaviello, Jr., Attorney-in-Charge
Texas Bar No. 04190720
Email: bobc@fulbright.com
Brett C. Govett
Texas Bar No. 08235900
Email: bgovett@fulbright.com

FULBRIGHT & JAWORSKI L.L.P.
2200 Ross Avenue, Suite 2800
Dallas, Texas  75201-2784
Telephone:  (214) 855-8000
Facsimile:  (214) 855-8200

COUNSEL FOR PLAINTIFF
ANTOR MEDIA CORPORATION

OF COUNSEL

Nicholas H. Patton
J. Kurt Truelove
PATTON, TIDWELL & SCHROEDER, L.L.P.
4605 Texas Blvd.
Texarkana, TX 75503
Telephone: (903) 792-7080
Facsimile: (903) 792-8233

T. John Ward, Jr.
LAW OFFICE OF T. JOHN WARD, JR., P.C.
109 W. Tyler
Longview, TX 75601
Telephone: (903) 757-6400
Facsimile: (903) 757-2323

Otis W. Carroll
IRELAND, CARROLL & KELLEY, P.C.
6101 South Broadway, Suite 500
Tyler, TX 75711
Telephone: (903) 561-1600
Facsimile: (903) 581-1071

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service per Local Rule CV-5(a)(3)(A) on January 2, 2008.

 */s/ Robert M. Chiaviello, Jr.*
Robert M. Chiaviello, Jr.