IN THE UNITED STATES DISTRICT COURT
OF THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| **ANTOR MEDIA CORPORATION** | § § | |
| **V.** | § § | No. 5:07CV168 |
| **AEBN, INC., ET AL.** | § | |

## FINAL JUDGMENT

This action came on before the Court, Honorable Leonard Davis, Chief Judge, presiding, and the issues having been duly considered and a decision having been duly rendered, it is hereby

**ORDERED** that Plaintiff's above-entitled and numbered cause of action is **DISMISSED**.

All motions by either party not previously ruled on are hereby **DENIED.**

**So ORDERED and SIGNED this 28th day of January, 2014.**

_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**